[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-12660

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 25, 2010
JOHN LEY
CLERK

D. C. Docket No. 07-22343-CV-PAS

T.J. EDWARD WILSON, JR.,

Plaintiff-Appellee,

versus

GILBERT CORREA,
individually,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 25, 2010)

Before BLACK, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

T.J. Edward Wilson sued Detective Gilbert Correa pursuant to 42 U.S.C. § 1983, alleging Correa violated Wilson's Fourth Amendment rights. Correa moved to dismiss Wilson's complaint on the basis of qualified immunity, and the district court denied Correa's motion. Correa appeals, arguing that he is entitled to qualified immunity.

The district court found that, "[a]t the motion to dismiss stage, Wilson has sufficiently pled facts to defeat the officers' arguable reasonable suspicion . . . ." This Court agrees. After considering the parties' briefs and having had the benefit of oral argument, the district court's order is affirmed.

**AFFIRMED.**